# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 29, 2025

## NO. 03-24-00145-CV

**Christopher Bell, Appellant**

**v.**

**Joann Bell, Appellee**

## APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS
## AFFIRMED -- OPINION BY JUSTICE CRUMP

This is an appeal from the Order In Suit To Modify Parent-Child Relationship signed by the trial court on February 2, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's modification order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.